ACCEPTED
03-15-00505-CV
14602879
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/6/2017 12:10:29 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00505-CV

IN THE COURT OF APPEALS
FOR THE THIRD SUPREME JUDICIAL DISTRICT
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/6/2017 12:10:29 PM
JEFFREY D. KYLE
Clerk

**DAVID ROGERS,**

**APPELLANT**

**VS.**

**GREGORIO "GREG" CASAR,**

**APPELLEE**

_____

**Unopposed First Amended Motion for Extension of Time for filing of Motion for Reconsideration or Motion for Reconsideration En Banc, or both.**

TO THE HONORABLE COURT OF APPEALS:

Now comes David Rogers, Appellant and files this Unopposed Motion for Extension of Time for filing of Motion for Reconsideration or Motion for Reconsideration En Banc, or both, and respectfully states:

1.   The Court issued its decision on December 23, 2016 in this case, consolidated with 3-15-00368-CV, *Pressley v. Casar*.

2.   Rogers wishes to file a Motion for Reconsideration or Motion for Reconsideration En Banc, but the appellate attorney whom Rogers proposes to engage for this task has been on vacation since before the court issued its decision, and will not return until next week.  In view of the congested holiday calendar and

the absence of prospective appellate counsel, Rogers seeks an extension of time to file either a Motion for Reconsideration or Motion for Reconsideration En Banc, or both.

3.      Rogers has conferred with counsel for Casar, and is informed that they are unopposed to the motion for extension of time.

<u>PRAYER</u>

For these reasons, David Rogers, Appellant, requests that this court grant the motion for extension of time for an additional thirty days to file a Motion for Reconsideration or Motion for Reconsideration En Banc, or both.

Respectfully Submitted,

_/s/David Rogers_____
David Rogers
Law Office of David Rogers
SBN:  24014089
595 Round Rock West Drive, Suite #101
Round Rock, Texas 78681
(512) 923-1836     PHONE
(512) 201-4082     FAX
Firm@DARogersLaw.com

***Pro Se***

## CERTIFICATE OF CONFERENCE

This is to certify that I have conferred with the following counsel for opposing party Gregorio "Greg" Casar, and co-appellant Laura Pressley, on the 5th day of January, 2017, and have been informed that they are not opposed to the granting of this motion.

Kurt Kuhn
State Bar No. 24002433
KUHN HOBBS PLLC
3307 Northland Drive, # 310
Austin, Texas 78731
(512) 476-6000     Telephone
(512) 476-6002     Facsimile
Kurt@KuhnHobbs.com

***ATTORNEY FOR APPELLEE
GREGORIO "GREG" CASAR***

Anna Eby
302 N. Lampasas Street
Round Rock, Texas 78664
(512) 410-0302 Telephone
eby@ebylawfirm.com
***ATTORNEY FOR LAURA PRESSLEY***

_/s/David Rogers_____
David Rogers
Law Office of David Rogers
SBN:  24014089
595 Round Rock West Drive, Suite #101
Round Rock, Texas 78681
(512) 923-1836     PHONE
(512) 201-4082     FAX
Firm@DARogersLaw.com

***Pro Se***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing has been served by efile to the following persons on this 6th day of January, 2017.

Kurt Kuhn
State Bar No. 24002433
KUHN HOBBS PLLC
3307 Northland Drive, # 310
Austin, Texas 78731
(512) 476-6000     Telephone
(512) 476-6002     Facsimile
Kurt@KuhnHobbs.com

Charles 'Chuck' Herring Jr.
State Bar No. 09534100
Herring & Irwin, L.L.P.
1411 West Avenue, Ste 100
Austin, TX  78701
(512) 320-0665     Telephone
(512) 519-7580     Facsimile
cherring@herring-irwin.com

*ATTORNEYS FOR APPELLEE*
*GREGORIO "GREG" CASAR*

Anna Eby
302 N. Lampasas Street
Round Rock, Texas 78664
(512) 410-0302 Telephone
eby@ebylawfirm.com
*ATTORNEY FOR LAURA PRESSLEY*

_/s/David Rogers_____
David Rogers
Law Office of David Rogers
SBN:  24014089

595 Round Rock West Drive, Suite #101
Round Rock, Texas 78681
(512) 923-1836    PHONE
(512) 201-4082    FAX
Firm@DARogersLaw.com

***Pro Se***